FORM L147 Order Reopening Case (v.3.13)	08–13782 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER REOPENING CASE

**Case Number:** 08–13782 – B – 7

**Debtor Name(s) and Address(es):**

John Knilans Higganbotham
PO Box 1322
Kenai, AK 99611

**IT IS ORDERED** that the above–entitled case is hereby reopened for the following reason(s):

To file a motion to seal, strike or restrict public access to documents.

The case will be closed without further notice if the debtor/party does not also file the motion, complaint, or statement on which the reopening is based within 21 days.

Dated: 5/20/13

ORDERED PURSUANT TO GENERAL ORDER 12–02
WAYNE BLACKWELDER, CLERK

By: __morf_____
Deputy Clerk